UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AXIS REINSURANCE COMPANY, : <br> : <br> Defendant. : | Civ. No. 08-1494 (PGS) <br><br> **ORDER** |

This matter comes before the Court on Defendant's motion for reconsideration (Docket No. 28) of this Court's March 31, 2009 Order denying Defendant's motion for summary judgment without prejudice. This Court has reviewed the record and has heard oral argument on this motion. Good cause having been shown, it is hereby

ORDERED that Defendant's motion for reconsideration is denied.

8/19/09

PETER G. SHERIDAN, U.S.D.J.